**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

December 10, 2019

Case #: 15-10220
Re: Mark & Colette Dow

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/20/2017 | TAG | Review case. Emails w/ Mr. re: payment date change, life insurance, etc. | 400.00 | 0.20 | 80.00 |
| 06/28/2017 | SM | Tax extension filed. | 175.00 | | 0.00 |
| 11/16/2017 | SM | Review of case, payments and Trustee's Motion to Dismiss. Prepare letter to client re: same. | 175.00 | 0.50 | 87.50 |
| 11/29/2017 | TAG | Did full audit of case. Debtors are nowhere close to $31k behind. Emails w/ client and JWA at tee re: same. They just need to pay Nov, Dec and s/b fine (although it looks like they missed one other direct pay in Feb/Mar this year). | 400.00 | 0.60 | 240.00 |
| 11/30/2017 | TAG | Continued work w/ client on resolving payment issues. Went over breakdown with them. Trustee struck dismissal motion, but will file again unless they keep up/catch up. | 400.00 | 0.30 | 120.00 |
| 11/05/2019 | SM | Review of case, payment history and Trustee's Motion to Dismiss. Prepare letter to client re: same. | 185.00 | 0.60 | 111.00 |
| 11/21/2019 | SM | Work on dismissal, pay stubs from Mr (need income for Mrs), and plan options. Respond to client email re: same. | 185.00 | 0.30 | 55.50 |
| 11/26/2019 | SM | Review case. Follow up message to clients re: pending response/payments. | 185.00 | 0.10 | 18.50 |
| | SM | Continued work with clients re: dismissal. They will lump sum pay at end of case rather than increase now. Prepare response to pending dismissal motion. | 185.00 | 0.60 | 111.00 |
| | TAG | Review of case, notes. Clients will need lump sum to complete plan b/c in month 58. Finalized response to MTD. | 420.00 | 0.30 | 126.00 |
| | SM | Multiple emails with client re: pending dismissal. Work to set up TFS payments. | 185.00 | 0.20 | 37.00 |
| 11/27/2019 | SM | Work w/ trustee to resolve trustee's motion to dismiss. Resolved motion w/ stipulation requiring strict compliance on future plan payments for at least six months. | 185.00 | 0.40 | 74.00 |
| | TAG | Review of case, notes. Finalized stipulation resolving MTD. | 420.00 | 0.20 | 84.00 |
| | SM | Prepare letter to client re: dismissal results. | 185.00 | 0.30 | 55.50 |
| 12/10/2019 | CB | Review case date of last fee application. Prepare itemized fee application and forwarded to TAG for approval of the same. | 185.00 | 0.40 | 74.00 |

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| TAG | Review and finalize Motion for Additional Fees. Forward to paralegal to file with court. | | | 420.00 | 0.10 | 42.00 |
| | For Current Services Rendered | | | | 5.10 | 1,316.00 |

### Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Senior Attorney -TAG | 1.10 | $400.00 | $440.00 |
| Senior Attorney -TAG | 0.60 | 420.00 | 252.00 |
| Sr. Paralegal | 0.50 | 175.00 | 87.50 |
| Sr. Paralegal | 2.90 | 185.00 | 536.50 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 12/10/2019 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 45 units. | 13.50 |
| 12/10/2019 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 45 units. | 24.75 |
| | Total Expenses | 38.25 |

Total Current Work     1,354.25

Balance Due     $1,354.25

Please Remit     $1,354.25

Mark & Colette Dow  
Account No. 9569.00  
RE: Chapter 13  
Statement Date: 12/10/2019  
Statement No. 25837  
Page No. 2